# Court of Appeals
# of the State of Georgia

ATLANTA,  July 02, 2020

*The Court of Appeals hereby passes the following order:*

## A20I0228. NORFOLK SOUTHERN RAILWAY COMPANY v. WINFORD HARTRY et al.

On June 25, 2020, this Court entered an order denying this application for interlocutory review. The order was entered in error. Accordingly, we hereby VACATE our June 25, 2020 order, REINSTATE the application, and GRANT the application. The applicant shall have ten days from the date of this order to file a notice of appeal in the trial court. If the applicant has already filed a timely notice of appeal in the trial court, it need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/02/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*